Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Jacob Warren (212) 637-2264

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| JANSSEN SMALLS | ) Case No. |
|  | ) |
|  | ) **18 CRIM 665** |
| _Defendant_ | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   JANSSEN SMALLS,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951 (Count One); Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951 (Count Two); Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii)(iii); and Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1) (Count Four).

Date:  09/17/2018

_Issuing officer's signature_

City and state:   New York, New York           The Honorable Ona T. Wang, U.S. Magistrate Judge
_Printed name and title_

| Return | |
|---|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ | |
| Date: _____ | _Arresting officer's signature_ |
|  | _Printed name and title_ |